IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN ZHAO                           *

    Plaintiff(s)
                                        *

    vs.                              Civil Action No.   JFM-11-2754
                                        *
GLOBAL CREDIT NETWORK, LLC
                                        *
    Defendant(s)
                                       ******

ORDER

For the reasons stated in the memorandum entered herewith, it is, this 10th day of January 2013

    ORDERED

    1. Plaintiff's motion for summary judgment (document 41) be denied;

    2. Defendant's cross-motion for summary judgment (document 44) is granted; and

    3. Judgment is entered in favor of defendants against plaintiffs.

                                        _____/s/_____
                                        J. Frederick Motz
                                        United States District Judge